

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00422-CV

**IN THE INTEREST OF C.G.**, L.G., and P.G., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00699
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the motion to withdraw is granted and the trial court's judgment is AFFIRMED.

SIGNED October 23, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] The Honorable Richard Price is the presiding judge of the 285th Judicial District Court of Bexar County, Texas. The termination order was signed by Associate Judge Charles E. Montemayor.